FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR 23 PM 12: 54

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, ) ) Plaintiffs, ) ) v. ) ) MICHAEL ROBERTS, MICHAEL ROBERTS ) CONSTRUTION, LLC, JOHN TERRY ) DISMUKES, III, CHRIS WOOD and ) MEREDITH WOOD, ) ) Defendants. ) | Case No. CV4:17-00084 |

## MODIFICATION OF SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the Court's Scheduling Order is modified in the following matter as the following dates represent the last day for filing specific pleadings in the above styled case:

| | |
|---|---|
| CLOSE OF DISCOVERY | June 1, 2018 |
| LAST DAY FOR FILING ALL CIVIL MOTIONS INCLUDING DAUBERT MOTIONS, BUT EXCLUDING MOTIONS IN LIMINE | July 6, 2018 |

All other deadlines and requirements shall remain the same.

So **ORDERED** this ____22nd____ day of March, 2018.

_____
Magistrate, Southern District of Georgia