IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ATAIN SPECIALTY INSURANCE )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-084
 )
MICHAEL ROBERTS; MICHAEL ROBERTS )
CONSTRUCTION, LLC; JOHN TERRY )
DISMUKES, III; CHRIS WOOD; and )
MEREDITH WOOD; )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA